371 A.2d 514
Commonwealth ex rel. Naylor v.
Naylor, Appellant.

Argued September 14, 1976. G. Clinton Fogwell, Jr., for appellant; Mary Wade Myers, for appellee.

Order affirmed.

371 A.2d 514
Commonwealth ex rel. Udry v.
Udry, Appellant.

Argued September 20, 1976. Raymond M. Victor, for appellant; Joseph E. Engle, with him Leonard A. Ivanoski, for appellee.

Order affirmed.